3361.30833

CHRISTOPHER E. PANETTA, Esq. (SBN 175127)
MICHAEL P. BURNS, Esq. (SBN 239863)
FENTON & KELLER
A Professional Corporation
2801 Monterey-Salinas Highway
Post Office Box 791
Monterey, CA  93942-0791
Telephone:    831-373-1241
Facsimile:     831-373-7219

\*\*E-Filed 8/18/2011\*\*

Attorneys for Defendants
COMMUNITY HOSPITAL OF THE MONTEREY PENINSULA, LAURA WILLIAMS, and ARTHUR MCKENZIE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ALYCE FOSTER, | CASE NO. CV 11-01679 (JF) |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT AND INITIAL DISCLOSURE DEADLINES** |
| v. | |
| COMMUNITY HOSPITAL OF THE MONTEREY PENINSULA, LAURA WILLIAMS, and ARTHUR MCKENZIE, | Judge:  The Hon. Jeremy Fogel |
| Defendant. | |

Defendants filed a Motion to Dismiss in this action and a hearing on the same was held on July 1, 2011.

A Case Management Conference is scheduled in this Court for August 19, 2011. The following deadlines associated with the Case Management Conference are also currently scheduled:

August 12, 2011 –   Last Day to complete Initial Disclosures;
Last Day to file Joint Case Management Statement.

WHEREAS, Defendants' Motion to Dismiss has yet to be decided by the Court, the parties agree and hereby respectfully request that this Court continue the Case Management Conference and related Case Management and Initial Disclosure deadlines for approximately

{CEP-00164605;1 }

60 days pending the Court's decision on Defendant's Motion to Dismiss.

Dated: August 11, 2011                    RICHARD E. DAMON, PC


By:     /s/
   Richard E. Damon, Esq.
   Attorneys for Plaintiff, ALYCE FOSTER


Dated: August 11, 2011                    FENTON & KELLER


By:     /s/
   Christopher Panetta, Esq.
   Attorneys for Defendants, COMMUNITY
   HOSPITAL OF THE MONTEREY
   PENINSULA, LAURA WILLIAMS, and
   ARTHUR MCKENZIE

## **ORDER**

The Court being fully advised herein and good cause appearing:

IT IS ORDERED that the Case Management Conference currently scheduled for August 19, 2011 be vacated and rescheduled to **October 14, 2011** at 10:30 a.m., and that the corresponding deadlines be scheduled as follows:

October 7, 2011 –   Last Day to complete Initial Disclosures;
                    Last Day to file Joint Case Management Statement.


Dated: August  18, 2011
                                          _____
                                          JUDGE OF THE DISTRICT COURT