Richard E. Damon, Esq. [SBN 76185]
RICHARD E. DAMON, PC
A Professional Law Corporation
125 Water Street, Suite D
Santa Cruz, CA   95060
Telephone (831) 429-9752
Facsimile (831) 429-1905
E-mail: <rdamon@cruzio.com>

**E-Filed 8/25/2011**

Attorney for Plaintiff
ALYCE FOSTER

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ALYCE FOSTER,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>COMMUNITY HOSPITAL OF THE MONTEREY PENINSULA, LAURA WILLIAMS, ARTHUR McKENZIE,<br><br>　　　　Defendants. | Case No.  CV 11-01679 (JF)<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE DATE OF CASE MANAGEMENT CONFERENCE**<br>Judge: Hon. Jeremy Fogel<br>Date:   October 14, 2011<br>Time:  10:30 a.m.<br>Ctrm:  3, Fifth Floor |

　　　　The parties stipulated to a continuance of the Case Management Conference previously set on August 19, 2011, for approximately sixty days.  The Court promptly agreed and set the conference for October 14, 2011.  Unfortunately, counsel for plaintiff will be on a prepaid vacation during the week of October 10-14, 2011, not returning until October 19, 2011.

　　　　Due to this conflict, counsel respectfully request that this Court continued the Case Management Conference for one additional week, until October 21, 2011.  The deadline for initial Disclosures and filing Joint Case Management Statement may remain as set on October 7, 2011.

RICHARD E. DAMON, PC

Dated: August 23, 2011    By:    /s/
RICHARD E. DAMON, ESQ.
Attorney for Plaintiff
ALYCE FOSTER

FENTON & KELLER

Dated: August ___, 2011    By:    /s/
CHRISTOPHER PANETTA, ESQ.
Attorney for Defendants, COMMUNITY HOSPITAL OF THE MONTEREY PENINSULA, LAURA WILLIAMS, And ARTHUR McKENZIE

**ORDER**

The Court being fully advised herein and good cause appearing,

IT IS ORDERED that the Case Management Conference currently scheduled for October 14, 2011, be vacated and rescheduled to October 21, 2011, at 10:30 a.m. The last date for completing Initial Disclosures and filing a Joint Case Management Statement shall be unchanged and continue to be October 7, 2011.

Dated: August 25, 2011

JUDGE OF THE U.S. DISTRICT COURT