3361.30833

CHRISTOPHER E. PANETTA (SBN 175127)
SHARILYN R. PAYNE (SBN 203700)
FENTON & KELLER
A Professional Corporation
2801 Monterey-Salinas Highway
Post Office Box 791
Monterey, CA 93942
Telephone: 831-373-1241
Facsimile: 831-373-7219

Attorneys for Defendant
COMMUNITY HOSPITAL OF THE MONTEREY
PENINSULA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

ALYCE FOSTER,

    Plaintiff,

v.

COMMUNITY HOSPITAL OF THE
MONTEREY PENINSULA,

    Defendant.

CASE NO. CV 11-01679 (RS)

STIPULATED REQUEST FOR ORDER EXTENDING TIME TO FILE ANSWER TO FIRST AMENDED COMPLAINT; AND ORDER

    WHEREAS on September 14, 2012, The Honorable Richard Seeborg issued an Order Denying Defendant's Motion to Dismiss and ordering that defendant COMMUNITY HOSPITAL OF THE MONTEREY PENINSULA file an answer to plaintiff ALYCE FOSTER's First Amended Complaint within twenty (20) days of the order, or no later than October 4, 2012;

    WHEREAS the parties are currently engaged in discussions to resolve this matter;

    IT IS HEREBY STIPULATED by and between plaintiff ALYCE FOSTER and defendant COMMUNITY HOSPITAL OF THE MONTEREY PENINSULA, through their attorneys of record, as follows:

    1.    That defendant COMMUNITY HOSPITAL OF THE MONTEREY PENINSULA has been ordered to file an answer to plaintiff ALYCE FOSTER's First Amended Complaint no later than October 4, 2012;

    2.    That the parties are currently engaged in discussions to attempt to resolve this

{SRP-00245005;1 }

1  lawsuit;

2  3. That plaintiff ALYCE FOSTER agrees to extend defendant COMMUNITY
3  HOSPITAL OF THE MONTEREY PENINSULA's time to file an answer to the First Amended
4  Complaint by two (2) weeks to October 18, 2012;

5  4. That the parties have sought no prior time modifications by Court order in this
6  case;

7  5. That the parties agreed to a mutual extension to respond to discovery to
8  September 28, 2012, and subsequently agreed to a mutual two (2) week extension to respond to
9  discovery to October 12, 2012;

10  6. That extending the time for defendant COMMUNITY HOSPITAL OF THE
11  MONTEREY PENINSULA to file an answer to the First Amended Complaint will not affect the
12  schedule for this case;

13  7. That this stipulation may be executed in counterparts and by facsimile signatures.

14  Dated: September 26, 2012                RICHARD E. DAMON, PC

16                                          By: _____
                                            Richard E. Damon
17                                          Attorneys for Plaintiff ALYCE FOSTER

18  Dated: September 26 2012                FENTON & KELLER

20                                          By: _____
                                            Christopher E. Panetta
21                                          Attorneys for Defendant COMMUNITY
                                            HOSPITAL OF THE MONTEREY
22                                          PENINSULA

24                                   ORDER

25  PURSUANT TO STIPULATION, IT IS SO ORDERED.

27  Dated: __9/28/12_____        _____
                                             THE HONORABLE RICHARD SEEBORG
28                                           UNITED STATES DISTRICT JUDGE