3361.30833

CHRISTOPHER E. PANETTA (SBN 175127)
SHARILYN R. PAYNE (SBN 203700)
FENTON & KELLER
A Professional Corporation
2801 Monterey-Salinas Highway
Post Office Box 791
Monterey, CA  93942
Telephone:     831-373-1241
Facsimile:     831-373-7219

Attorneys for Defendant
COMMUNITY HOSPITAL OF THE MONTEREY
PENINSULA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ALYCE FOSTER,<br><br>              Plaintiff,<br><br>v.<br><br>COMMUNITY HOSPITAL OF THE MONTEREY PENINSULA, a California Corporation,<br><br>              Defendant. | CASE NO. CV 11-01679 RS (HRL)<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE; AND ORDER**<br><br><br><br>Date of Filing: April 6, 2011<br><br>Trial Date: April 8, 2013 |

      IT IS HEREBY STIPULATED by and between plaintiff ALYCE FOSTER and defendant COMMUNITY HOSPITAL OF THE MONTEREY PENINSULA through their designated counsel that the above-captioned action, *Alyce Foster v. Community Hospital of the Monterey Peninsula, a California Corporation,* be and hereby is dismissed with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1).

///

///

///

///

///

///

Each party agrees to bear its own attorneys' fees and costs incurred to date.

Dated:  October 31, 2012                                RICHARD E. DAMON, P.C.

                                                        By:  _____/s/_____
                                                            Richard E. Damon, Esq.
                                                            Attorneys for Plaintiff ALYCE FOSTER

Dated:  October 31, 2012                                FENTON & KELLER

                                                        By:  _____/s/_____
                                                            Christopher E. Panetta, Esq.
                                                            Attorneys for Defendant COMMUNITY
                                                            HOSPITAL OF THE MONTEREY
                                                            PENINSULA

**ORDER**

UPON GOOD CAUSE BEING SHOWN as set forth in the stipulation of counsel for plaintiff ALYCE FOSTER and counsel for defendant COMMUNITY HOSPITAL OF THE MONTEREY PENINSULA, the Court adopts the stipulation as an order of the Court.

IT IS SO ORDERED.

DATED:  __11/9/12_____           _____
                                          THE HONORABLE RICHARD SEEBORG