3361.30833

1  CHRISTOPHER E. PANETTA (SBN 175127)
   SHARILYN R. PAYNE (SBN 203700)
2  FENTON & KELLER
   A Professional Corporation
3  2801 Monterey-Salinas Highway
   Post Office Box 791
4  Monterey, CA  93942
   Telephone:    831-373-1241
5  Facsimile:    831-373-7219

6  Attorneys for Defendant
   COMMUNITY HOSPITAL OF THE MONTEREY
7  PENINSULA

8  UNITED STATES DISTRICT COURT

9  NORTHERN DISTRICT OF CALIFORNIA

10 SAN FRANCISCO DIVISION

| 11 | ALYCE FOSTER, | CASE NO. CV 11-01679 RS (HRL) |
|---|---|---|
| 12 | Plaintiff, | **STIPULATION OF DISMISSAL WITH PREJUDICE; AND ORDER** |
| 13 | v. | |
| 14 | COMMUNITY HOSPITAL OF THE MONTEREY PENINSULA, a California Corporation, | |
| 15 | | |
| 16 | Defendant. | Date of Filing: April 6, 2011 |
| 17 | | Trial Date: April 8, 2013 |

18  IT IS HEREBY STIPULATED by and between plaintiff ALYCE FOSTER and
19 defendant COMMUNITY HOSPITAL OF THE MONTEREY PENINSULA through their
20 designated counsel that the above-captioned action, *Alyce Foster v. Community Hospital of the*
21 *Monterey Peninsula, a California Corporation,* be and hereby is dismissed with prejudice
22 pursuant to Federal Rules of Civil Procedure 41(a)(1).
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

FENTON & KELLER
ATTORNEYS AT LAW
MONTEREY

{CEP-249928;1}

STIPULATION OF DISMISSAL (Case No. CV 11-01679 (RS))

Each party agrees to bear its own attorneys' fees and costs incurred to date.

Dated: October 31, 2012                                    RICHARD E. DAMON, P.C.

By:  \_\_\_\_\_/s/_____
    Richard E. Damon, Esq.
    Attorneys for Plaintiff ALYCE FOSTER

Dated: October 31, 2012                                    FENTON & KELLER

By:  \_\_\_\_\_/s/_____
    Christopher E. Panetta, Esq.
    Attorneys for Defendant COMMUNITY
    HOSPITAL OF THE MONTEREY
    PENINSULA

## **ORDER**

UPON GOOD CAUSE BEING SHOWN as set forth in the stipulation of counsel for plaintiff ALYCE FOSTER and counsel for defendant COMMUNITY HOSPITAL OF THE MONTEREY PENINSULA, the Court adopts the stipulation as an order of the Court.

IT IS SO ORDERED.

DATED: \_11/9/12_____         _____
                                                    THE HONORABLE RICHARD SEEBORG